```
1  JONATHAN ALLAN KLEIN (SBN 162071)
   JOHN M. HARDING (SBN 129022)
2  KATHRYN M. WEEKS (SBN 255945)
   KELLY, HOCKEL & KLEIN P.C.
3  One Sansome St., Ste. 1800
   San Francisco, CA 94104-4798
4  Tel.:  (415) 951-0535
   Fax:   (415) 391-7808
5
6  Attorneys for Defendant
   PENSKE LOGISTICS, LLC
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL PILLORS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PENSKE LOGISTICS, LLC; DR. JULIA NYQUESIT; and DOES 1 through 10,<br><br>　　　　Defendant. | Case No.: C10-03023-BZ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR CONDUCTING MEDIATION (ADR LR 6-5(a))**<br><br>Action Filed:　May 28, 2010<br>Date Removed:　July 9, 2010<br>Trial Date:　None Set<br><br>Honorable Bernard Zimmerman |

　　　WHEREAS, on November 30, 2010, the above-captioned Court issued its Stipulation and Order Selecting ADR Process, ordering the parties to mediation; and

　　　WHEREAS, pursuant to the ADR Local Rules of the United States District Court for the Northern District of California, Rule 6-4(b), the mediation must be held within 90 days after the entry of the order referring the case to mediation, which in this case is by February 28, 2011; and

---

STIPULATION AND [PROPOSED] ORDER:　　　　　　　　　　　　　　　　　C10-03023-BZ
EXTENDING DEADLINE FOR MEDIATION

WHEREAS, on January 31, 2011, the parties through their attorneys of record and the court-appointed mediator, Peter Rukin, agreed to conduct mediation on February 28, 2011; and

WHEREAS, pursuant to the ADR Local Rules, Rule 6-5(a), parties may request an extension of the deadline for conducting mediation, by stipulation and proposed order, provided this request is made to the court no later than 14 days before the mediation is to be held; and

WHEREAS, this request by parties for an extension is timely; and

WHEREAS, good cause for this request exists, in that the Notice of Appointment of Mediator was only filed on January 3, 2011, or more than one month after the Stipulation and Order Selecting ADR Process was entered; and in that, on January 21, 2011, defendant timely requested that it be allowed to participate by telephone in this mediation; and in that no response has yet been given to this request, making scheduling uncertain; and in that the court-appointed mediator has dates of unavailability further complicating scheduling; and in that the court-appointed mediator has consented to this extension in time for the mediation to be held; and in that this is the first extension requested, and if granted should have no impact upon any other court-set deadlines;

STIPULATION AND [PROPOSED] ORDER:
EXTENDING DEADLINE FOR MEDIATION

C10-03023-BZ

## STIPULATION

THEREFORE, the parties through their respective counsel of record hereby stipulate that the deadline for conducting the mediation shall be extended by one month, from February 28, 2011 to March 31, 2011.

DATED: February 7, 2011              KELLY, HOCKEL & KLEIN P.C.


                                     /s/ John M. Harding
                                     _____
                                     JONATHAN ALLAN KLEIN
                                     JOHN M. HARDING
                                     KATHRYN M. WEEKS
                                     Attorneys for Defendant
                                     PENSKE LOGISTICS, LLC


DATED: February 7, 2011              LAW OFFICE OF PAMELA PITT


                                     /s/ Pamela A. Pitt
                                     _____
                                     PAMELA PITT
                                     MARIA BOURN
                                     Attorneys for Plaintiff
                                     DARRYL PILLORS

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   February 7, 2011


                                     _____
                                     JUDGE OF THE DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER:                              C10-03023-BZ
EXTENDING DEADLINE FOR MEDIATION

3