UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DARRYL PILLORS,<br>      Plaintiff, | No. C 10-3023 BZ |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| PENSKE LOGISTICS, LLC, et al.,<br>      Defendants.<br>_____/ | Date:     February 28, 2011<br>Mediator:  Peter Rukin |

Before the court is defendants' request that Penske Logistics, LLC's corporate representative, identified by requesting counsel as Tracy Schrey, be excused from personal attendance at the February 28, 2011, mediation before Peter Rukin. The request cites travel time and the representative's "busy schedule" as justification, without providing more detailed information. Travel time, and expense, without more, do not ordinarily constitute extraordinary or otherwise unjustifiable hardship, as required by ADR L.R. 6-10(d). Similarly, without additional detail, it is not possible to determine if Ms. Schrey's schedule is too busy to permit her to travel to California for

////

////

////

////

////

purposes of participating in the mediation.   Accordingly, the request is DENIED without prejudice.

IT IS SO ORDERED.

| February 7, 2011 | By: | /s/ Elizabeth D. Laporte |
|---|---|---|
| Dated | | Elizabeth D. Laporte<br>United States Magistrate Judge |