1    Pamela Pitt (SBN: 156395)
     Maria Bourn (SBN:269322)
2    LAW OFFICE OF PAMELA PITT
     22 Battery Street, Suite 1000
3    San Francisco, CA 94111
     Telephone: 415 291-9251
4    Facsimile: 415 291-9252

5    Attorney for Plaintiff, DARRYL PILLORS

6

7
                        UNITED STATES DISTRICT COURT
8
                      NORTHERN DISTRICT OF CALIFORNIA
9

10
     DARRYL PILLORS,                        NO.: C10-03023 BZ
11
                                            STIPULATION AND [PROPOSED]
12            Plaintiff,                     ORDER FOR DISMISSAL
                                            FRCP 41(a)(2)
13       v.

14   PENSKE LOGISTICS, LLC, etal

15            Defendants.
16

17

18

19       Plaintiff, Darryl Pillors and PENSKE LOGISTICS, LLC, by and through counsels of

20   record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to a

21   voluntary dismissal of all claims asserted against Defendant Penske, with prejudice, in the above

22   captioned matter. Specifically, Pillors requests voluntary dismissal with prejudice pursuant to

23   Rule 41(a)(2) of the Federal Rules of Civil Procedure. Rule 41(a)(2) permits voluntary dismissal

24   with prejudice "by court order, on terms that the court considers proper.

25       On or about March 24, 2011, the Parties entered into a settlement agreement (the

26   "Agreement"), whereby Penske shall be released from all claims of under the California Fair

27   Employment and Housing Act, all wrongful termination claims and all claims under Labor code

28   132a, upon full compliance with the terms of the Agreement.

                                            - 1 -

1

2      Pillors further specifically requests that this Court retain jurisdiction of this matter,

3  subsequent to dismissal, in order to enforce the terms of the Agreement.

4

5      WHEREFORE, the Parties request this Court enter an Order dismissing Penske from the

6  above-captioned matter with prejudice.

7

8      WHEREFORE, the Parties further request this Court retain jurisdiction of the above

9  captioned matter to enforce the terms of the Agreement.

10

11 March 30, 2011                          LAW OFFICE OF PAMELA PITT

12

13
                                        _____s/ Pamela Pitt_____
14                                      By:    Pamela Pitt, Attorney for
15                                             Plaintiff Darryl Pillors

16
   March 30, 2011                          KELLY, HOCKEL & KLEIN P.C.
17

18

19                                      _____s/ Kathryn Weeks_____
                                        By:    Kathryn M. Weeks, Attorney for
20                                             Plaintiff Penske Logistics, LLC

21

22 PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24

25

26 Judge Bernard Zimmerman, United States District Judge

27 Dated:  April 3, 2011

28

- 2 -

Pillors Stipulation and Proposed Order for Dismissal